ACCEPTED
01-14-00207-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/3/2015 3:18:02 PM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 01-14-00207-CV
IN THE TEXAS STATE COURT OF APPEALS
FOR THE FIRST COURT SITTING IN HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/3/2015 3:18:02 PM
CHRISTOPHER A. PRINE
Clerk

ELLEN LUMENTA, INDIVIDUALLY AND AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF ROY MEYERS REVELINO
NAWAWI, DECEASED

Appellant

v.

BELL HELICOPTER TEXTRON, INC., BELL HELICOPTER KOREA INC.,
BELL HELICOPTER CORPORATION, BELL HELICOPTER
INTERNATIONAL INC., BELL HELICOPTER INTERNATIONAL SALES
CORPORATION AND PRATT & WHITNEY AND UNITED TECHNOLOGIES
CORPORATION

Appellees

On Appeal from Cause No. 2013-45235
In the 190th Judicial District Court of Harris County, Texas
The Honorable Patricia J. Kerrigan, Presiding

**APPELLANT'S MOTION FOR LEAVE TO FILE MOTION TO INCLUDE IN THE RECORD THE DEPOSITION OF HAROLD BARRENTINE AND THE RECORD OF THE HEARING TRANSCRIPT OF DECEMBER 16, 2013 HEARING**

BENTON MUSSLEWHITE
TBN: 14752000
121 NORTH POST OAK LANE, UNIT 101
HOUSTON, TEXAS 77024
TEL (832) 656-1637
FAX (713) 680-1068
*LEAD COUNSEL FOR APPELLANT*

NEWTON B. SCHWARTZ, SR.
TBN: 17869000
1911 SOUTHWEST FREEWAY
HOUSTON, TEXAS 77098
TEL (713) 630-0708
FAX (713) 630-0789
*CO-COUNSEL FOR APPELLANT*

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, Appellant Ellen Lumenta, Individually and As Personal Representative of the Estate of Roy Revelino Nawawi, Deceased through their attorneys of record and moves the Court to grant permission to Appellant to File Motion to Include in the Record the Deposition of Harold Barrentine and the Record of the Hearing Transcript of December 16, 2013 Hearing and, for such Motion, would respectfully show the Court as follows:

## I.

Appellant duly filed her "Designation of Clerk's Record", which is now referred to for all purposes. Apparently however, these documents were not included in the transcript.

For these reasons, Appellant now prays the Court to permit the filing of Motion to Include in the Record the Deposition of Harold Barrentine and the Record of the Hearing Transcript of December 16, 2013 Hearing, a proposed copy of which is attached.

## II.   CERTIFICATE OF CONFERENCE

Appellant's counsel has contacted Defendants' counsels, Jad Stepp and Craig Stanfield for the Appellees and left them both a message regarding the filing of this Motion. Mr. Stanfield sent an email advising that Bell does not oppose this Motion. However, Mr. Stepp has not returned my call. Therefore, undersigned

2

counsel cannot say whether or not Defendants' Pratt & Whitney and United Technologies Corp. oppose or do not oppose this Motion.

WHEREFORE, PREMISES CONSIDERED, Appellant prays the Court to grant this Motion for Leave to File Motion to Include in the Record the Deposition of Harold Barrentine and the Record of the Hearing Transcript of December 16, 2013 Hearing and Appellant prays for such other and further relief to which it may be entitled to receive.

Respectfully submitted,

BENTON MUSSLEWHITE
Fed ID: 4711
TBN: 14752000
121 North Post Oak Lane, Unit 101
Houston, Texas 77024
Tel: (832) 656-1637
Fax: (713) 680-1068
LEAD COUNSEL FOR APPELLANT

NEWTON B. SCHWARTZ, SR.
Fed ID: 5080
TBN: 17869000
1911 Southwest Freeway
Houston, Texas 77098
Tel: (713) 630-0708
Fax: (713) 630-0789
CO-COUNSEL FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded on to all known counsel on this 3rd day of April, 2015 in accordance with Federal Rules of Appellate Procedure.

BENTON MUSSLEWHITE

Jad J. Stepp
Stepp & Sullivan, P.C.
1010 Lamar Street, Suite 810                    *Via Facsimile: (713) 336-7250*
Houston, Texas 77002
Telephone: (713) 336-7200
Email: jstepp@ss-pc.com

Roberta Miranda
Fitzpatrick & Hunt, Tucker, Pagano, Aubert, LLP
Tower 49-31st Floor                    *Via Facsimile: (212) 937-4050*
Twelve East 49th Street
New York, NY 10017
Telephone: (212) 937-4031
Email: Roberta.miranda@fitzhunt.com
*Attorney for Appellees, Pratt & Whitney and United Technologies Corp.*

Winstol D. Carter, Jr.
Craig A. Stanfield
Alexandra L. Farias                    *Via Facsimile: (713) 890-5001*
Morgan, Lewis & Bockius, LLP
1000 Louisiana, Suite 4200
Houston, Texas 77002
Telephone: (713) 890-5000
Email: wcarter@morganlewis.com
*Attorneys for Appellees, Bell Helicopter Textron, Inc., Bell Helicopter International Sales Corporation, Bell Helicopter International, Inc. and Bell Helicopter Korea, Inc.*